UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ANTONIO MORALES-PADILLA, ET AL.,    *
    Plaintiff,    *
     *
    v.    *    CIVIL NO. 97-2786 (PG)
     *
ROBERT HATTON GOTAY, ET AL.,    *
    Defendants.    *

### JUDGMENT

Upon review of the Joint Motion For Voluntary Dismissal signed by both parties on April 7, 2000 (Docket No. 34), and the request therein that the action be dismissed with prejudice and without special imposition of costs and/or attorneys fees on any of the parties, the Court hereby grants said Motion.

It is **ORDERED and ADJUDGED** that this action be and hereby is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico _April 12_, 2000.

                                              JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge